## People of State of Illinois, Defendant in Error, v. Laura Bailey, Plaintiff in Error.

### Gen. No. 43,614.

opinion filed April 11, 1946; released for publication May 16, 1946. W. G. Anderson and Eugene W. Wood, for plaintiff in error; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.